**Order entered April 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01659-CV

### ESTATE OF CLOYD D. YOUNG, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. Pr-09-02344-1**

## ORDER

The Court has before it appellant Vivian Young's March 28, 2013 unopposed second motion to extend time to file brief. The Court **GRANTS** the motion and **ORDERS** appellant to file her brief by May 9, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
       JUSTICE